UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| __Anne Tran Nguyen__          , <br>                  Plaintiff(s), | CASE NO. **CV13-01634 LHK**      |
| v. | STIPULATION AND ~~[PROPOSED]~~ ORDER SELECTING ADR PROCESS |
| __CTS Electronics Manufacturing__ <br> __Solution, Inc., et al.__          , <br>                  Defendant(s).                               / | |

   Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
**X**   Private ADR (*please identify process and provider*)  __The parties have agreed to private mediation and will confer regarding the selection of a Mediator.__

The parties agree to hold the ADR session by:

☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

**X**   other requested deadline:  __On or before December 20, 2013.__

Dated: 7/31/2013                            /s/ JEREMY SUGERMAN
                                            Attorney for Plaintiff

Dated: 7/31/2013                            /s/ PAUL S. COWIE
                                            Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☒ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

The deadline to complete mediation shall be November 27, 2013

Dated: August 1, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Court

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11