UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE TRAN NGUYEN,<br><br>             Plaintiff,<br><br>     v.<br><br>CTS ELECTRONICS MANUFACTURING SOLUTIONS, INC.; CTS CORPORATION; and DOES 1-20,<br><br>             Defendants. | Case No.:  5:13-CV-01634 LHK (PSG)<br><br>**ORDER RE: FILING OF JOINT CASE MANAGEMENT STATEMENT** |

The Parties have not submitted a joint case management statement in this matter for the Case Management Conference scheduled for January 8, 2014, at 2 p.m. *See* Local Rule 16-10(d). Accordingly, the Court ORDERS the Parties to file a joint case management statement by no later than Friday, January 3, 2014, at 5 p.m.

**IT IS SO ORDERED.**

Dated:  January 2, 2014

By: _____
THE HONORABLE LUCY H. KOH
United States District Judge
Northern District of California